RECEIVED
/:51 Pm
FEB 20 2019
CLERK'S OFFICE
SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2019 MAR 13 PM 4: 44

CLERK OF COURT

BY:_____





**Office of the Attorney General**
**Elizabeth Barrett-Anderson**
Attorney General of Guam
**Litigation Division**
590 S. Marine Corps Drive, Suite 802
Tamuning, Guam 96913 ● USA
Tel. (671) 475-3324 Fax. (671) 472-2493
www.guamag.org

**Attorneys for the Government of Guam**

# IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| JOAQUIN V. LEON GUERRERO, | ) | Civil Case No. CV0856-18 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECISION AND ORDER** |
| | ) | |
| GOVERNMENT OF GUAM, GUAM | ) | |
| ELECTION COMMISSION, et al, | ) | |
| | ) | |
| Respondent(s). | ) | |

This matter came before the Honorable Vincent P. Perez, Judge of the Superior Court of Guam, for a hearing on the Motion to Dismiss for mootness filed by Defendants Attorney General of Guam and Government of Guam. Present were Assistant Attorney General David J. Highsmith, representing the Attorney General and the Government of Guam; Chairperson of the Guam Election Commission, Maria Leon Guerrero, and her counsel, Vincent Camacho; and plaintiff Joaquin V. Leon Guerrero. Mr. Camacho joined in the motion. The court heard oral argument from both sides and then granted the motion to dismiss as follows.

1. On September 14, 2018, Plaintiff Joaquin Leon Guerrero filed this case to challenge the results of the Democratic primary election for Governor held on August 25, 2018.

**ORIGINAL**

2. The Guam Election Commission (GEC) declared that the winners of said primary election and the nominees of the Democratic Party were Lourdes Leon Guerrero and her running mate Joshua Tenorio.

3. The complaint alleged that GEC did not count certain votes that should have been counted and that the losing Democratic team of Frank Blas Aguon and Alicia Limtiaco were deprived of their right to a fair election.

4. Both aforementioned Democratic tickets and a Republican ticket ran in the general election held on November 4, 2018, although the Aguon-Limtiaco ticket was not on the ballot.

5. The court takes judicial notice that the Guam Election Commission has certified that the Leon Guerrero-Tenorio ticket was the winner of the general election with approximately 51% of the vote. (GRE 201).

6. Lourdes Leon Guerrero and Joshua Tenorio were sworn in as Governor and Lieutenant Governor of Guam on January 7, 2019 and currently serve in those offices.

7. Plaintiff Leon Guerrero did not promptly serve the summons herein and did not serve the summons and complaint together as required by GRCP 4(c)(1) and has not prosecuted this case promptly.

8. On December 10, 2018, Defendants Attorney General and Government of Guam filed this motion to dismiss. Plaintiff never filed an opposition to said motion as required by CVR 5B2, 7.1(f) and (k) and (c). The court believes that the motion is well taken.

9. Mootness is a threshold jurisdictional issue. People v. Blas, 2016 Guam 19 ¶ 12. A claim is moot when the issues are no longer live or the parties lack a legally cognizable interest in the outcome. People v. Blas, 2016 Guam 19 ¶ 13. A court should not render decisions about moot questions or abstract propositions. Ibid., ¶ 12.

10. A case is moot when the issues raised no longer exist because intervening events have rendered it impossible for the court to grant the complaining party effective relief. Tumon Partners, LLC v. Shin, 2008 Guam 15 ¶ 37; Rapadas v. Benito, 2011 Guam 28 ¶ 16. When a case becomes moot, there is no longer a case or controversy and the court loses subject matter jurisdiction. Rapadas v. Benito, 2011 Guam 28 ¶ 16.

11. This case is moot because the winner of the 2018 gubernatorial election has been determined by the Guam Election Commission and has taken office and this court has lost subject matter jurisdiction.

12. The court should grant this motion to dismiss pursuant to GRCP 12(b)(1).

SO ORDERED:                    MAR 1 3 2019

_____
HONORABLE VINCENT P. PEREZ
Judge, Superior Court of Guam


SUBMITTED BY:

OFFICE OF THE ATTORNEY GENERAL
**Leevin Taitano Camacho, Attorney General**

_____
**DAVID J. HIGHSMITH**
Assistant Attorney General
Date: ___2/20/19___

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of:

___AG, CAMACHO CALVO___

Date: _3/13/19_ Time: _5pm_

_____
Deputy Clerk, Superior Court of Guam